JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHANNA HERNANDEZ** and **THOMAS PHILLIPS,** Individually, And On Behalf Of Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **NAVIENT SOLUTIONS, INC.,** <br><br> Defendant. | Case No.  8:15-cv-00975-DOC-AS <br><br> **ORDER [32]** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties, the claims of Plaintiff Thomas Phillips is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 30th day of November, 2015.

_____
The Honorable David O. Carter